DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSHUA C. RITCH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2498

_____

December 27, 2023

Appeal from the Circuit Court for Desoto County; Don Thomas Hall, Judge.

Howard L. Dimmig, II, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.


SILBERMAN, KELLY, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.